

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In re the Commitment of Timothy Daniel Renshaw

No. 06-22-00034-CV

Appeal from the 402nd District Court of Wood County, Texas (Tr. Ct. No. 2018-452). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 9, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk